Argued September 17, 1973. *Peter J. Fagan,* with him *Anthony J. Ciotola* and *Feldmann and Ciotola,* for appellant; *James R. Anzalone,* Assistant District Attorney, with him *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.


Commonwealth, Appellant, *v.* Schwartz et al.

Argued September 20, 1973. *Ronald I. Rosen,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Joseph Michael Smith,* with him *F. Emmett Fitzpatrick, Jr., Fitzpatrick & Smith; Jacob Kossman,* and *Raymond J. Bradley,* for appellees.

Order affirmed.

SPAULDING, J., absent.


Commonwealth *v.* Shaeffer, Appellant.

Submitted September 10, 1973. *Thomas E. Harting* and *Mary Anne Motter,* for appellant; *George T. Brubaker,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded to the court below to determine defendant's indigency as to the sentence of imprisonment for fine and costs, under the guidelines set forth in *Commonwealth ex rel. Benedict et al. v. Cliff,* 451 Pa. 427, 304 A. 2d 158 (1973).

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth *v.* Shaeffer, Appellant.

Submitted September 10, 1973. *Thomas E. Harting,* for appellant; *George T. Brubaker* and *Charles A. Achey, Jr.,* Assistant District Attorneys, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded to the court below to determine defendant's indigency as to the sentence of imprisonment for fine and costs, under the guidelines set forth in *Commonwealth ex rel. Benedict et al. v. Cliff,* 451 Pa. 427, 304 A. 2d 158 (1973).

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth *v.* Shellenberger, Appellant.

Argued September 10, 1973. *Victor Dell'Alba,* for appellant; *Robert J. Wire, Jr.,* with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.